# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

March 1, 2013

Catherine Gierbolini  
101 6th Ave.  
Huntington Station, NY 11746

Re: *Catherine Gierbolini vs. Board of Directors Science Application International Corp.*, Case no. 1:13cv103

Dear Ms. Gierbolini,

    The Clerk's Office is in receipt of your letter of February 25, 2013, regarding service on the defendant in the above referenced case. In your letter you ask for guidance from the Clerk's Office as to who to serve for the defendant. You also request clarification and guidance as to whether an amendment should be made to your case, and if so what kind. Unfortunately, the Clerk's Office is unable to answer any of your questions, as to do so would be considered giving legal advice, which we are not permitted to do.

    If you have any questions, please feel free to contact the Civil Section of the Clerk's Office at (703) 299-2101.

Sincerely,

/s/  
Kate Stasko,  
Deputy Clerk

cc: file