IN THE UNITED STATES DISTRICT COURT FOR THE
                         EASTERN DISTRICT OF VIRGINIA
                             Alexandria Division

CATHERINE GIERBOLINI,                    )
                                         )
            Plaintiff,                   )
                                         )
       v.                                )      1:13-cv-103 (LMB/IDD)
                                         )
BOARD OF DIRECTORS SCIENCE               )
APPLICATION INTERNATIONAL                )
CORPORATION, John P. Thumper; K.         )
Sturat Shea; Mark W. Sopp; Thomas        )
G. Baybrook; Joseph W. Carver III;       )
Anthony J. Maraco; Deborah Lee           )
James; Amy E. Alving; Laura              )
Kennedy; James E. Cuff; Brian F.         )
Keenan; Vincent A. Maffeo,               )
                                         )
            Defendant.                   )

                                 ORDER

       For the reasons stated in open court during the hearing on

civil action 1:12-cv-1459, it is hereby

       ORDERED that this civil action be and is DISMISSED.

       To appeal this decision, plaintiff pro se must file, within

thirty (30) days of the date of this Order, a written Notice of

Appeal with the Clerk of this Court.   Failure to file a timely

Notice of Appeal waives plaintiff's right to appeal this

decision.

       The Clerk is directed to forward copies of this Order to

counsel of record and to plaintiff pro se at her address of

record.

       Entered this 15ᵗʰ day of March, 2013.

Alexandria, Virginia
                                              /s/
                                         _____
                                         Leonie M. Brinkema
                                         United States District Judge